IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| OLUWAFEMI BABAYEMI, DAMLIARE EHINOLA, ABIOLA OLADEJI KOSILE, OLAWALE KEHINDE, SAMANTHA, JOHNSON and OLUWAFEMI ADELANWA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOW COURIER, INC.<br><br>Defendant. | CIVIL ACTION NO: 1:23-CV-00353-JMS-TAB |

**[PROPOSED[ ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT**

1. Before the Court is Plaintiffs' Unopposed Motion for Approval of an FLSA Collective Action in this Matter [ECF Filing No. 84].

2. Having reviewed Plaintiffs' Motion, the Motion is hereby GRANTED.

3. The Court finds that the Settlement Agreement [ECF Filing No. 84-1] was reached as a result of contested litigation and it is a fair and reasonable resolution of a *bona fide* dispute between the parties. The settlement is hereby approved.

4. In addition, the Court approves the proposed Settlement Notice and distribution process, as well as Plaintiffs' request for attorneys' fees and costs and the proposed Named Plaintiffs' Service Awards.

5. The claims of Plaintiffs and opt-in Plaintiffs identified in Exhibit B to the

Settlement Agreement are hereby dismissed with prejudice and, consistent with the Parties' Settlement Agreement, only those Plaintiffs and opt-in Plaintiffs who cash or deposit their Settlement Award check shall be deemed to have released their claims under the FLSA.

6. The Court shall retain jurisdiction with respect to the interpretation, implementation, and enforcement of the terms of this Settlement and all orders and judgments entered in connection therewith, and the Parties and their Counsel submit to the jurisdiction of the Court for this purpose.

7. The parties shall abide by all terms of the Settlement Agreement, which are incorporated herein, and this Order.


SO ORDERED.

Date: _____                                       _____
                                                    Tim A. Baker
                                                    United States Magistrate Judge
                                                    Southern District of Indiana